

```
                                    NCT Richardson
                                    PO BOX 672041
                                    DALLAS TX 75267
```

ALEJANDRO GUTIERREZ JOANNA GUTIERREZ
706 CHRISTINE ST
HOUSTON TX 770174966

September 06, 2017

| | |
|---|---|
| INSURED: ALEJANDRO GUTIERREZ | PHONE NUMBER: 800-252-8294 |
| DATE OF LOSS: August 26, 2017 | FAX NUMBER: 866-222-0411 |
| CLAIM NUMBER: 0472350321 PTC | OFFICE HOURS: |

Re: Your Claim Status

Dear ALEJANDRO GUTIERREZ JOANNA GUTIERREZ,

As part of your claim that resulted from windstorm, you have requested Allstate Texas Lloyds to provide coverage for your damage. Our inspection revealed the roof of dwelling has no damage as reported in the first notice of loss therefore the interior ceilings are not a covered loss under your policy. Your claim is under deductible $2,571.00. Unfortunately, Allstate Texas Lloyds cannot provide coverage for these damages because of the following provision in your Allstate Texas Lloyds policy:

TEXAS HOMEOWNERS POLICY - FORM A (1/1/02)     AU2130-02
SECTION I—PERILS INSURED AGAINST
COVERAGE A (DWELLING) AND
COVERAGE B (PERSONAL PROPERTY)
We insure against physical loss to the property described in Coverage A (Dwelling) and Coverage B (Personal Property) caused by a peril listed below, unless the loss is excluded in Section I Exclusions.

3. Windstorm, Hurricane and Hail.

This peril does not cover:

b. loss caused by rain, snow, sand or dust, whether or not driven by wind, unless the direct force of wind or hail makes an opening in the roof or wall and the rain, snow, sand or dust enters through this opening and causes the damage.

EXTENSIONS OF COVERAGE.

2. LOSS OF USE. If a loss caused by a Peril Insured Against under Section I makes the residence premises wholly or partially untenantable, we cover:
a. additional living expense, meaning any necessary and reasonable increase in living expense you incur so that your household can maintain its normal

standard of living.
b. fair rental value, meaning the fair rental value of that part of the residence premises usually rented to others by you, less any expenses that do not continue.
The total limit of liability for all loss of use is 10% of the Coverage A (Dwelling) limit of liability. This is additional insurance and does not reduce the Coverage A (Dwelling) limit of liability. The deductible clause does not apply to loss of use coverage.
Payment will be for the reasonable time required to repair or replace the damaged property. If you permanently relocate, payment will be for the reasonable time required for your household to become settled.
The periods of time for loss of use are not limited by expiration of this policy

SECTION I—DEDUCTIBLES
DEDUCTIBLE CLAUSE 1—WINDSTORM, HURRICANE AND HAIL.—The amount shown on the Declarations Page for Deductible Clause 1 will be deducted from the combined amount of each loss under Coverage A (Dwelling) and Coverage B (Personal Property) that results from windstorm, hurricane or hail.
DEDUCTIBLE CLAUSE 2—ALL OTHER PERILS.—The amount shown on the Declarations Page for Deductible Clause 2 will be deducted from the combined amount of each loss under Coverage A (Dwelling) and Coverage B (Personal Property), unless the loss results from windstorm, hurricane or hail.
If a single event causes loss by windstorm, hurricane or hail and loss by lightning, only the larger deductible will apply

This letter <u>only</u> applies to the ceiling. I will continue to work with you to evaluate your other damages.

**We're Here to Help You**
I hope that you understand the basis for this decision.  Please call me at the number below and refer to our claim number should you wish to discuss any aspect of this case, including this letter.

Sincerely,

*THERESA Cyr*

THERESA Cyr
800-252-8294
Allstate Texas Lloyds

PROD010                                                      0472350321 PTC